# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2009

137952

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

OBADIAH KRUSE,
   Plaintiff-Appellee,

v

              SC: 137952
              COA: 286375
              WCAC: 07-000291

CORT FURNITURE RENTAL and
TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT,
     Defendants-Appellants.

_____/

   On order of the Court, the application for leave to appeal the November 14, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

0316

_____
Clerk